[No. 13366-7-I.   Division One.   July 16, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. HARRY CLARDY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-02823-8, Francis E. Holman, J., entered June 7, 1983. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Corbett, A.C.J., and Ringold, J.

[No. 13248-2-I.   Division One.   July 16, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS G. MATHIAS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-8-01073-1, Lee Kraft, J., entered April 8, 1983. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, C.J., and Swanson, J.

[Nos. 13047-1-I; 14004-3-I.   Division One.   July 16, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD FRANKLIN McKIM, *Appellant.*

*In the Matter of the Personal Restraint of* RICHARD FRANKLIN McKIM, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 85160, Robert M. Elston, J., entered March 29, 1983, together with a petition for relief from personal restraint. Appeal and petition *dismissed* by unpublished opinion per Ringold, J., concurred in by Corbett, A.C.J., and Williams, J.